IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

HOWARD DIXON                                                                                           PLAINTIFF

V.                                                                              CAUSE NO. 3:14-CV-66-CWR-FKB

MANAGEMENT & TRAINING                                                                          DEFENDANTS
CORPORATION, ET AL.

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge F. Keith Ball. Docket No. 40. After examining the record evidence in this case, he recommended dismissing this matter for plaintiff Howard Dixon's failure to fully exhaust administrative remedies before filing suit. *Id.* Dixon has objected to the Report and Recommendation. Docket No. 42.

Having reviewed the Report and Recommendation, as well as the arguments contained in Dixon's objection, the Court concludes that the findings in the Report and Recommendation should be adopted as this Court's own. Accordingly, this matter is dismissed for failure to state a claim, predicated on the plaintiff's failure to exhaust administrative remedies. A separate Final Judgment will issue this day.

**SO ORDERED**, this the 4th day of February, 2015.

                                                                    s/ Carlton W. Reeves
                                                                    UNITED STATES DISTRICT JUDGE